i, a man under God, affirm all herein to be true.

## 'federal district court'

for the united States for eastern Pennsylvania

court of record: magistrate bound to ministerial functions without discretion

common law proceeding

requiring 'trial by jury'

a man, glenn-richard unger, the aggrieved party:

as prosecutor



RECEIVED SEP - 3 2014 By_____

---

**Wrongdoers;**
**Gary Sharpe**, et al;
each a human wrongdoer;

**Michael Kunz**, a man;
**Nitza Quinones Alejandro**, a woman;
c/o James A. Byrne U.S. Courthouse
c/o 601 Market Street
city of Philadelphia, state of Pennsylvania
(collaterally through 19106);

**Joan Garner**, a woman;
**Zane David Meminger**, a man;
**Margaret Hutchinson**, a woman;
**Gerald Sullivan**, a man; and,
**Joycelyne Figueroa**, a woman;
c/o Richard Hartunian
c/o 445 Broadway, city of Albany
state of New York
(collaterally through 12007)

**each a joined human wrongdoer;**

other joined human wrongdoers as discovered

FILED SEP 11 2014 MICHAEL E. KUNZ, Clerk By_____Dep. Clerk

UNITED STATES DISTRICT COURT

File No. _____ 14-4114 _____

**a claim of mandatory joinder**

**assignment of court officers for abandonment;**

**order and stipulation of wrongdoers requiring immediate scheduling of 'trial by jury'**

as joinder to an original "common law" claim verifiable in open court

---

**Notice to all men**: Obstruction of this ministerial directive is strictly forbidden and will result in immediate joinder to the claim, and receipt of summonses to join various law suit claims in other venues, among other remedies.

## claim

(an original "common law" claim for harm)

**Nitza Quinones Alejandro**, a woman; **Michael Kunz**, a man; **Joan Garner**, a woman; **Zane David Meminger**, a man; **Margaret Hutchinson**, a man; **Gerald Sullivan**, a man; and **Joyclyne Figueroa**, a woman; having uttered forged instruments which are interfering with my rights, defrauding me of my rights and property, have stolen my property, and are administering my property without rights, have willingly and knowingly joined themselves to the claim at hand as joined human wrongdoers. Therefore,

i, a man, glenn-richard unger, by my will hereby issue, solemnly affirm and **require** this claim of mandatory joinder to the existing claim at hand through this "federal district court" against each of the aforesaid joined human wrongdoers, without whom the said claim cannot be fairly and properly settled. Said joined wrongdoers, having attempted to move this claim to the public equity side of the court, and seize discretion where no such judicial authority exists, and thus having disqualified themselves by a flagrant relinquishment of their respective offices that exceeds the threshold for abandonment,

i, a man, by my will **require** that men of proven character and integrity be assigned to the offices of clerk of court and magistrate to fulfill these ministerial functions.

i, a man, further **require** that to satisfy these claims, it is now necessary and proper for i, a man, to be made whole and complete at the sum of six hundred eighteen million dollars which reflects every day of time that the human wrongdoers and joined human wrongdoers have been interfering with my rights.

i, a man, further **require** that all of the ministerial functions required in the "Order requiring entry of default, issuance and entry of judgment, and issuance of writ of execution" previously filed (August 1, 2014) with this court be fulfilled.

i, a man, further **require** immediate scheduling of "trial by jury" to be held on the thirtieth day after service of summons on the joined human wrongdoers, in the event they or the court elect not to default on the claim; that the claim shall be solemnly affirmed in open court for all the world to see, notwithstanding that the original human wrongdoers are in default on the claim at hand.

Speak now or forever hold your peace.

i, a man, under God, affirm and verify all herein to be true this day (29th day of August) in the year of our Father (two thousand fourteen). My word is my bond.

Solemnly affirmed

By: *glenn-richard unger*
glenn-richard unger, a man, as prosecutor

Verification of signature:

signature *Michael Morley*
printed name *Michael Norley*

signature *[signature]*
printed name *David Coletta*