i, a man under God, affirm all herein to be true

**'federal district court'**
for the united States for eastern Pennsylvania

court of record: magistrate bound to ministerial functions without discretion
common law proceeding requiring trial by jury
a man, glenn-richard unger, the aggrieved party:
as prosecutor

---

| | |
|---|---|
| Gary Sharpe, et al<br>each a human wrongdoer;<br>other human wrongdoers joined as discovered<br><br>Notice: service of process waived by wrongdoers.<br><br>RECEIVED<br>OCT - 9 2014<br><br>FILED<br>OCT - 9 2014<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk | UNITED STATES DISTRICT COURT<br><br>File No. 14-4114<br><br>NOTICE TO INTERLOPERS: this is a nonstatutory common-law proceeding. Statutes and citations are incomprehensible.<br><br>--------<br><br>Notice of claim of bonds.<br><br>Release of lien for full compliance.<br><br>Order to compel Susan Matlack to record default, and Petrese Tucker, or Susan Matlack in lieu thereof, to prepare, sign and record judgment in lieu of confessing to common-law contempt and judgment at law pursuant to affidavits verifying default and sum certain;<br><br>and to:<br>schedule "trial by jury" for joined wrongdoers; remove William Yohn for conflict of interest; fulfill default, judgment and writ of execution; prepare, sign, record and return summonses for newly joined human wrongdoers; remove forged "orders;" remove unintelligible gibberish issued by foreign interlopers; expunge all record of false administration.<br><br>(magistrate's "order" affixed) |

### Notice of order to compel

Failure to record court records, enter default and issue judgment being so egregious and obnoxious to the elected jurisdiction as to rise to the level of infamous "crimes," this is an order to compel Susan Matlack, Petrese Tucker and all men and women "acting" as clerk of court or common-law magistrate for this nonstatutory proceeding to obey the law they have sworn to uphold, to cease all infamous schemes, and to forthwith comply fully with all ministerial functions required herein without discretion as required by law. <u>In furtherance thereof, Petrese Tucker, and all men and women who would "act" as common-law magistrate, are specifically required and compelled to sit upon the superior jurisdiction and perform as a non-discretionary magistrate at law without obstructing, typical stalling, shaming themselves, embarrassing the court, or otherwise traversing to judicial discretion at equity</u>. Failure to comply comprises confession to common-law contempt, infamy and judgment at law as consent to recording of common-law lien, and cutting off all defenses.

### Claim of bonds

Pursuant to the court's records, (i) the original human wrongdoers having elected to default on the claim by not appearing at the common-law jurisdiction at full liability with verified statements, (ii) i, a man, having specifically prohibited statutory review such that an appearance without accepting liability for one's own deeds is obnoxious to the elected jurisdiction, and (iii) Nitza Alejandro Quinones, Michael Kunz and William Yohn, having obstructed the claim at hand to protect known associates by bribing the men and women "acting" as clerk of court to block "trial by jury," falsify court records, introduce statutory equity into a nonstatutory proceeding, and obstruct the recording of default, issuance of judgment, and expunging of forged records, thus interfering with my rights and joining themselves to the claim, i, a man, glenn-richard unger, by my will **claim the (fiduciary) bonds** of the said men and women, said claims and notices of lien to remain in effect until the claim at hand, or the terms of release of liability herein, are fully satisfied.

## Order to compel

i, a man, as prosecutor of this law suit claim, having brought the law to the court and standing on the common law, by my will **require** and **compel**:

One. Petrese Tucker to forthwith remove William Yohn as common-law magistrate for this law suit claim, William Yohn having been named as a human wrongdoer in a claim recorded by i, a man, at "federal district court" for the united States for (the district of) Columbia in the sum certain of 50 billion dollars;

Two. Susan Matlack, a woman, as clerk of court, and all human successors thereto, to record default as established by affidavit (below) as she is required to do by law in the sum certain of 553 million dollars against each of the original named human wrongdoers; entry of default being a nondiscretionary ministerial function;

## Affidavit verifying mandatory default

i, a man, hereby verify at full liability by solemn affirmation that, pursuant to the court's own records, each of the original named wrongdoers has failed to defend the claim at hand in their human form, that is, at full liability recognizable at the common-law jurisdiction where limited liability and unaccountable fictions do not exist and have no "standing." i, a man, have NOT elected, and do not intend, statutory review. The said failures to defend being affirmed by affidavit, the clerk of court must, and is required to, record default.

Three. Susan Matlack, and all human successor(s) "acting" as clerk of court, without awaiting the magistrate's direction, to properly **prepare, sign** and **record** judgment against each of the original named human wrongdoers in the sum certain of 553 million dollars as she is required by law to do, the following affidavit establishing that the claim is for a sum certain and the man "acting" as magistrate has failed to satisfy the claim. The performance of the foregoing ministerial functions is without discretion;

### Affidavit verifying sum certain and mandatory judgment.

i, a man, hereby verify at full liability by solemn affirmation that, <u>pursuant to the court's own records</u>, Nitza Alejandro Quinones and William Yohn, "acting" as common-law magistrates, have failed to issue judgment upon the wrongdoers default, thus obstructing and joining the claim at hand. The sum certain to satisfy the said claim is 553 million dollars.

Four.  Susan Matlack, Petrese Tucker, and any and all men and women "acting" as clerk of court or common-law magistrate to comply fully with all ministerial functions as required in a certain "default order" (recorded on or about August 1, 2014) and "mandatory joinder" (recorded on or about September 11, 2014) to the extent that the said functions do not conflict with the ministerial functions required in this order to compel;

Five.  The joined human wrongdoers named in the said "mandatory joinder:" Nitza Alejandro Quinones, Michael Kunz, Jocelyne Figueroa, Gerald Sullivan, Zane David Meminger, Joan Garner and Margaret Hutchinson, remain joined to this proceeding, having been joined to the claim at hand by affidavit.  Pursuant to the court's records, William Yohn has failed to verify by oath or affirmation at full liability that the said men and women are not liable on the claim nor necessary to properly settle the claim; thus the blocking of such mandatory joinder to protect known associates rises to the level of an act of infamy;

Six.  That Susan Matlack forthwith prepare, sign and return to i, a man, proper summonses naming the following joined human wrongdoers who, by my will, are hereby joined to the claim for uttering forged instruments which are interfering with my rights, and administrating my property, my body, without rights:

> Eric Schneiderman
> Cathy Sheehan
> c/o Richard Hartunian
> 445 Broadway
> city of Albany, state of New York

Seven.  Susan Matlack, notwithstanding the above, to "strike" a certain forged "notice" and "order" (items 13 and 14) as patently frivolous, having been uttered by an unknown fictitious interloper that is not visible at the court of record nor does it exist at the common-law jurisdiction and, quite remarkably, has willfully elected to appear improvidently at the wrong forum;

Eight.  Susan Matlack to "strike" certain unintelligible items recorded in error (on or about August 8 and September 18, 2014) as patently incomprehensible gibberish with respect to a declared non-statutory proceeding, having been uttered by self-confessed fictitious interlopers who have willfully elected to appear improvidently and failed to verify an interest in this suit by oath or affirmation or provide statements in affidavit form at full liability;

Nine.  Susan Matlack to "strike" a certain forged "order" (recorded on August 8, 2014) as patently frivolous, having been issued by an unknown fictitious interloper that is not visible at the court of record nor does it exist at the common-law jurisdiction, and has willfully elected to appear improvidently;

Ten.  Susan Matlack to schedule "trial by jury" to commence thirty (30) days from the date of receipt of this notice, that the joined human wrongdoers may defend the claim at full liability by oath or affirmation in open court for all the world to see; thereby preserving the inviolate right of general verdict at law which is secured and protected to i, a man, in matters of controversy exceeding 20 dollars.

### Release of lien

As a courtesy, upon release of my property, my body, and full compliance with all of the requirements of this order to compel, i, a man, will utter a written release forgiving all wrongdoers their trespasses as i would wish to be forgiven, releasing the aforesaid claims against the bonds of Nitza Alejandro Quinones, Michael Kunz and William Yohn, and the claim at hand against all of the original and joined human wrongdoers (see affixed order).

## Notice of waiver of service of process

Caution: Pursuant to the aforesaid default verified by affidavit, the wrongdoers have waived service of process. Any attempt to obstruct this claim by requiring such service shall comprise confession of common-law contempt, infamy and consent to recording of common-law lien. Please govern yourself accordingly.

Solemnly affirmed (this 7th day of the ninth month) in this year of our Father (two thousand fourteen).

By: _glenn richard unger_
glenn-richard unger, as prosecutor

Verification of signature:

_David Culleta_ [printed name]
_____ [sign mark]
_Wayn Hultway_ [printed name]
_____ [sign mark]

## Certification of service

i, a man, glenn-richard unger, hereby verify that the above "order to compel" has been forwarded to the following joined human wrongdoers at the specified locations by "regular mail:"

Nitza Alejandro Quinones
Michael Kunz
c/o Susan Matlack
c/o 601 Market Street
Philadelphia, Pennsylvania 19106

Jocelyne Figueroa
Gerald Sullivan
Zane David Meminger
Joan Garner
Margaret Hutchinson
Eric Schneiderman
Cathy Sheehan
c/o Richard Hartunian
c/o 445 Broadway
Albany, New York 12207

FILED
OCT - 9 2014
MICHAEL E. KUNZ, C'--
By: _____ Dep. C---

By: _glenn-richard unger_
glenn-richard unger, a man, as prosecutor